CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 MAY 20 PM 5: 32

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JUAN GARZA, | § § | |
| Plaintiff, | § § | |
| v. | § § | 2:10-CV-013 |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | § § § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO DISMISS

On May 2, 2011, plaintiff JUAN GARZA filed a Motion to Dismiss, advising he no longer wishes to pursue this claim. On May 6, 2011, the United States Magistrate Judge issued a Report and Recommendation, recommending therein plaintiff's motion be granted. As of this date, no objections to the Report and Recommendation have been filed.

Accordingly, the Report and Recommendation is ADOPTED, plaintiff's Motion to Dismiss is GRANTED, and all claims asserted by plaintiff in his original complaint are DISMISSED.

IT IS SO ORDERED.

ENTERED this 20th day of May 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE